**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.    15-CR-20254-DT

vs.

DAVID WENGER,

        Defendant.
_____/

### ORDER GRANTING GOVERNMENT'S MOTION TO ACCEPT GUILTY PLEA AND SETTING HEARING ON REQUEST TO AMEND CONDITIONS OF BOND

The Government has filed a "Motion to Amend Conditions of Release and to Accept Guilty Plea" on October 16, 2015  Upon review of the motion and brief, the court will accept the guilty plea and set a hearing on the request to amend the conditions of release.  Therefore,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted and he is adjudged guilty of the offense expressed in Count Three of the Superseding Indictment. The defendant is referred to the Probation Department for the preparation of a Presentence Report.  Sentencing is currently scheduled for **January 7, 2016 at 2:00 p.m.**   A Hearing to Amend the Bond Conditions is set for **Monday,  November 2, 2015 at 9:30 a.m.**

                                       S/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated:  October 20, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 20, 2015, by electronic and/or ordinary mail.

                                 S/Lisa Wagner
                                 Case Manager and Deputy Clerk
                                 (313) 234-5522