UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,         CRIMINAL NO. 15-20254

-vs-         JUDGE ROBERT H. CLELAND

D-1 DAVID K. WENGER

        Defendant.
_____/

## ORDER AMENDING CONDITIONS OF RELEASE

This matter having come before the Court on the government's motion to amend the conditions of defendant's release pending sentencing, and the Court having heard from the parties and being otherwise fully advised, pursuant to Title 18, United States Code, section 3143, it is hereby ordered that the following are added as conditions of defendant's release:

1. Not later than November 10, 2015, defendant shall notify all of his active clients that he was suspended from the practice of law effective August 26, 2015;

2. Defendant shall refrain completely from the practice of law, and shall not solicit or accept money in exchange for the practice of law;

3. Not later than November 10, 2015, defendant shall provide to the Court and counsel for the government, under seal, a sworn affidavit that identifies a)

every client from whom defendant has received money between August 26, 2015, and the date on which defendant submits the affidavit; and b) the purported justification for receiving the money; c) which affidavit attaches a copy of the records for every bank account into which defendant has deposited, or caused to be deposited, money received from clients between August 26, 2015, and the date on which defendant submits the affidavit; d) which affidavit attaches a copy of each letter defendant sent to a client to notify the client of his suspension; and e) which affidavit includes defendant's attestation that he has attached to the affidavit all bank records that reflect the receipt or disposition of money received from clients after August 26, 2015, and all letters he sent to clients to notify them of his suspension.

4. Not later than November 17, 2015, defendant shall a) return $2000 to Steven Rossi. The Court will determine the terms of defendant's obligation to refund money to clients other than Mr. Rossi after the Court has received the details of the payments made by those clients to defendant.

                                           _____
                                           Hon. Robert H. Cleland
                                           United States District Judge

Date: 4 Nov-15